# UNITED STATES BANKRUPTCY COURT
## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In the Matter of:**

**LILLIAN PERALTA**
**AND**
**JORGE ANER PERALTA**

**Debtors**

**Chapter 13**

**Case No. 10-14314-SSM**

### CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE

On June 29, 2010 the Office of the Chapter 13 Trustee for this Court hereby certifies that Lillian Peralta and Jorge Aner Peralta completed a course on personal financial management given by this office which is a provider approved pursuant to 11 U.S.C. 111 to provide instructional courses concerning personal financial management in the Alexandria Division of the Eastern District of Virginia.

Dated:  July 12, 2010

\_\_/s/ Thomas P. Gorman\_\_\_\_\_
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB 26421